# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-100-FDW-DSC

| | |
|---|---|
| PATRICK O. CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| RODNEY MOORE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on initial review pursuant to 28 U.S.C. § 1915(e). Plaintiff, who is proceeding pro se, filed a Complaint, (Doc. No. 1), and a Motion to Proceed In Forma Pauperis, (Doc. No. 2), on February 15, 2013. For the reasons explained below, the Court dismisses Plaintiff's Complaint sua sponte as frivolous.

Plaintiff filed this action on February 15, 2013, pursuant to 42 U.S.C. § 1983, naming sixteen Defendants. The Court first considers Plaintiff's motion to proceed in forma pauperis, in which Plaintiff asserts that he has no income and expenses of $200 per month for food. The Court determines that Plaintiff does not have sufficient funds with which to pay the filing fee, and the Court will grant the motion for the limited purpose of this initial review.

Because Plaintiff is proceeding in forma pauperis, the Court must review the Complaint to determine whether it is subject to dismissal on the grounds that it is "frivolous or malicious [or] fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2). In its frivolity review, this Court must determine whether the Complaint raises an indisputably meritless legal theory or is founded upon clearly baseless factual contentions, such as fantastic or delusional scenarios. Neitzke v. Williams, 490 U.S. 319, 327-28 (1989).

Plaintiff's Complaint is frivolous, as his 36-page Complaint sets forth numerous fantastical and/or delusional scenarios against numerous individuals. Plaintiff has named as Defendants the Chief of Police of the Charlotte-Mecklenburg Police Department; the Sheriff of Mecklenburg County; a property manager who allegedly evicted Plaintiff from a rental property; former professional basketball player Michael Jordan; the "U.S. Postmaster" for the Charlotte-Mecklenburg U.S. Post Office; CEO of the Charlotte-Mecklenburg Men's Homeless Shelter; a surgeon at the W.G. Hefner VA Medical Center; CEO of the N.C. Employment Security Commission; Chief of Security of the Charlotte Area Transit System; a Mecklenburg County District Court Judge; Managing Officer of the Charlotte Greyhound Bus Station; Manager of the Mecklenburg County Water Treatment Facility; a representative for the Mecklenburg County Board of Elections; the Director of Charlotte Urban Ministries; and emergency room doctors at Presbyterian Hospital. See (Doc. No. 1 at 1-7).

In the Complaint, Plaintiff alleges numerous fantastical conspiracies and wrongs committed against him, including, among other things, that the various Defendants have discriminated against him for being heterosexual by refusing to allow him to get a job; have attempted to kill him by poisoning the Mecklenburg County water supply; have conspired against his efforts to run for Charlotte mayor; threaten his life on a daily basis; have arrested him numerous times for refusing to become homosexual, for intervening in "child abuse and child abasement," and for allowing females to board a city bus ahead of him; have committed crimes against nature; have attempted to frame him for murder; have falsely accused him of being a paranoid schizophrenic; and have wrongly banned him from a men's homeless shelter. (Id. at 7-36).

As the above allegations demonstrate, Plaintiff's Complaint is delusional, and his allegations are wholly frivolous. The Court therefore dismisses the Complaint in its entirety.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Application to Proceed in Forma Pauperis, (Doc. No. 2), is **GRANTED** for the limited purpose of this review.

(2) Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk is directed to close the case.

Signed: February 28, 2013

Frank D. Whitney
United States District Judge